```
                                    FILED

                              17 SEP -6 PM 3:05

                              ...U.S. DISTRICT COURT
                              ...DISTRICT OF CALIFORNIA

                              BY:           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **17 CR 2678 BEN** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1591(a) and (b) – Sex Trafficking of a Child; Title 18, U.S.C., Sec. 1594(d) – Criminal Forfeiture |
| DENZIEL BURKE | |
| Defendant. | |

The grand jury charges:

Count 1

Between on or about August 6, 2017 and on or about August 8, 2017, within the Southern District of California, defendant DENZIEL BURKE, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit, Minor Female #1 (age 14), knowing, in reckless disregard of the fact that, and having had a reasonable opportunity to observe that Minor Female #1 had not attained the age of 18 years and knowing and in reckless disregard of the fact that Minor Female #1 would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a) and (b).

EGR:nlv:San Diego:9/5/17

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Indictment are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 1594(d).

2. Upon conviction of the offense alleged in Count 1, which involve violations of Title 18, United States Code, Section 1591, defendant DENZIEL BURKE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d) all right, title and interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to seven cellular telephones and one Chevrolet Camaro with VIN #2G1FA1EV2A9179398 seized at the time of the defendant's arrest.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant;

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 1594(d).

DATED: September 6, 2017.

A TRUE BILL:

/s/ Ward
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: /s/
ERIC G. ROSCOE
Assistant U.S. Attorney

3